UNITED STATES DISTRICT COURT **FILED**

FOR THE WESTERN DISTRICT OF OKLAHOMA

MAR 06 2007

Jeremy V. Pinson,
    Plaintiff,

vs.

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY_____DEPUTY

John whetsel, Sheriff,
County of Oklahoma County,
Bobby Carson, Major,
Scott Sedbrook, Captain,
Renee Tiner, Captain,
Rodney Ward, Lieutenant,
Ofc. Tyler Head, Corporal,
Dr. William Holcomb, Doctor,
Det. Officer Findly, Lieutenant,
Pam Hoisington, Director of Nursing,
Det. Officer Mansell, Corporal,
Det. Officer Edwards, Corporal,
Ronald Howland, Staff Seargent,
    Defendants.

**CIV-07-276 T**

Case No. _____
    (to be supplied by Clerk)

CIVIL RIGHTS COMPLAINT
Pursuant to 42 USC § 1983

## A. Jurisdiction

1) Jeremy Pinson, the Plaintiff, is a citizen of Oklahoma who presently resides at 201 N. Shartel, OKC, Okla., 73102.

2) Defendant John Whetsel is a citizen of Oklahoma City, Okla., and is employed as Sheriff. At the time the claims in this complaint arose he was acting under color of state law as he abused powers possessed by virtue of state law.

3) Defendant Bobby Carson is a citizen of Oklahoma City, Okla., and is employed as Major. At the time the Claims in this complaint arose he was acting under color of state law as he abused powers possessed by virtue of state law.

(1)

4) Defendant Scott Sedbrook is a citizen of Oklahoma City, Oklahoma, and is employed as Captain. At the time the claims in this complaint arose the Defendant was acting under color of state law as he abused powers possessed by virtue of State law.

5) Defendant Renee Tiner is a citizen of Oklahoma City, Oklahoma, and is employed as Captain. At the time the claims in this complaint arose the Defendant was acting under color of state law as she abused powers possessed by virtue of state law.

6) Defendant Rodney Ward is a citizen of Oklahoma City, Oklahoma and is employed as Lieutenant. At the time the claims alleged in this complaint arose the Defendant was acting under color of state law as he abused powers possessed by virtue of state law.

7) Defendant Tyler Head is a citizen of Oklahoma City, Oklahoma and is employed as Corporal. At the time the claims in this complaint arose the Defendant was acting under color of state law as he abused powers possessed by virtue of state law.

8) Defendant William Holcomb is a citizen of Oklahoma City, Okla. and is employed as Medical Doctor. At the time the claims in this complaint arose the Defendant was acting under color of state law as he neglected powers possessed by virtue of state law.

9) Defendant Lt. Findly is a citizen of Oklahoma City, Okla, and is employed as Lieutenant. At the time the claim in this complaint arose the Defendant was acting under color of state law as he abused powers possessed by virtue of State law.

10) Defendant Pam Hoisington is a citizen of Okla. City, Okla. and is employed as Director of Nursing. At the time the claim in this complaint arose the Defendant was acting under color of state law as she abused powers possessed by virtue of state law.

11) Defendant Cpl. Mansell is a citizen of Okla. City, Okla. and is employed as Corporal. At the time the claim in this complaint arose the Defendant was acting under color of state law as he abused powers possessed by virtue of state law.

12) Defendant Cpl. Edwards is a citizen of Okla. City, Okla, and is employed as Corporal. At the time the claims in this complaint arose the Defendant was acting under color of state law as he abused powers possessed by virtue of state law.

3) Defendant Ronald Howland is a citizen of Okla.City, OK and is employed as Staff seargents. At the time the claims alleged in this complaint arose the Defendant was acting under color of state law as he abused powers possessed by virtue of state law.

4) Defendant County of Oklahoma County is a government body that funds and oversees the Oklahoma County sheriffs office and was acting under color of state law as they knowingly abused and neglected powers possessed by virtue of state law.

5. Jurisdiction is invoked pursuant to Title 28, United States Code, Section 1343(3) and Title 42 United States Code, Section 1983.

<u>B. Nature of the Case</u>

1) Background:

For years the Oklahoma County Detention Center has neglected and abused its authority in knowingly and willfully depriving inmates housed on the infamous 12th floor administrative segregation units, protective custody units, and disciplinary units of exercise, proper ventilation, sufficient amounts of nutritional food and medical care. The Plaintiff Jeremy Pinson has been housed on that floor and in those units by the Defendants since 12-22-06. Until 2-7-07 the Plaintiff was not in administrative segregation but due to alleged misconduct was placed in unit 12B. Still the Plaintiff has been given at times 30 minutes of exercise a week, not been fed meals, placed in cold, concrete cells either with limited bedding or no linens, blankets or clothes whatsoever and inhumanely restrained and injected with drugs, further the Plaintiff has been fed trays of food at times with only 5 spoons of a main course and bread and never a beverage or drink of any sort. The Plaintiff has been denied medical care and collapsed on 3 occasions requiring emergency intervention. The Plaintiff has a serious medical condition and has relentlessly sought aid. Though having perservered to obtain relief Plaintiff has been denied at all junctions

(2)

## C. Cause of Action

1) I allege the following of my constitutional rights, privileges, and immunities have been violated and the following facts form the basis for my allegations:

  (A) (1) Count 1: Violation of the 8th Amendment to the United States Constitution.

    (2) Supporting facts:

      (A) Though Plaintiff was not violent, under discipline or other sanctions, or behaving improperly I was placed in cold cells, denied bedding and locked into this cell for days without exercise.

      (B) I was denied exercise most days and on limited occasions given 15-30 minutes out of my cell.

      (c) Despite having siezures and chest pain I was ignored after notifying Detention Staff until I collapsed and sustained a head injury.

      (D) Despite being in wrist and ankle restraints I was viciously beaten for 25 minutes by Detention Officers.

      (E) Without my consent I was forcibly injected with psychotropic drugs while in 7-point restraints.

      (F) I was left to urinate upon myself for 4 hours and was not allowed to clean myself while in 7-point restraints.

  (B) (1) Count 2: Violation of the 5th and 14th Amendments to the U.S. Constitution.

    (2) Supporting facts:

      (A) I was placed in Segregation against my will, without a reason therefore and denied a hearing prior to Placement.

(B) I was denied to review or present documents
at a hearing before discipline was imposed.

(c) I was denied the right to present witnesses
at a hearing before discipline was imposed.

(D) I was threatened with bodily injury if I did
not refuse to appeal a disciplinary decision.

## D. Previous Lawsuits and Administrative Relief

1) I have begun other lawsuits relating to the conditions
of my confinement as outlined below:

   a) Parties to Previous lawsuit
      Plaintiff: Jeremy Pinson
      Defendant: John Whetsel
   b) Court and Docket Number
      U.S. Dist. Ct. W.D. Okla. - CIV-06-1372-F
   c) Disposition - Dismissed **Voluntarily** pursuant to Rule 41(a)
   d) Raised Issue - 8th U.S.C.A Violations
   e) Date of filing - 12-22-06
   f) Date of Disposition - 02-22-07

2) I have previously sought administrative relief
from appropriate officials by filing Request to
Staff, Grievance, Grievance Appeal forms thus
exhausting my remedies. I have additionally filed
USM-395 Federal Detainee Request for Service forms
to seek relief. To date I've Never recieved relief.

## E. Request for Relief

1) I believe I am entitled to the following relief:
   A) Actual Damages for Physical Injuries  $500,000.00
   B) Punitive Damages of  $10,000,000.00 from the County
     of Oklahoma County.
   C) Punitive Damages of  $100,000.00 per Defendant
     except the County of Oklahoma County totalling $1,200,000.00



(5)

## Declaration Under Penalty of Perjury

I declare, certify, verify and state under penalty of perjury that I am the Plaintiff in this action, that I have read the Complaint and that the contained information is true and correct.

(Title 28 U.S.C. Sec. 1746; Title 18 U.S.C. Sec. 1621)

Executed on 2-28-07 at Oklahoma County, Oklahoma.

Jeremy Pinson
201 N. shartel
Okla. City, Ok, 73102

(6)